O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU A. DAVIS, | ) Case No. CV 15-4057-JGB (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| JIM McDONNELL, Sheriff, | ) |
| Respondent. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections have been filed. The Court therefore accepts the findings and recommendations in the Magistrate Judge's June 3, 2015 Order to Show Cause and August 11, 2015 Report and Recommendation. IT IS ORDERED that the Petition is denied and Judgment be entered dismissing this action without prejudice.

DATED: September 30, 2015

JESUS G. BERNAL
U.S. DISTRICT JUDGE