JS-6
O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU A. DAVIS, | ) Case No. CV 15-4057-JGB (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| JIM McDONNELL, Sheriff, | ) |
| Respondent. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 30, 2015

JESUS G. BERNAL
U.S. DISTRICT JUDGE